UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JANE ROE and JOHN ROE,<br><br>      Plaintiff,<br><br>v.<br><br>K.G., a minor, through his parents and legal guardians, R.G. and K.G.,<br><br>      Defendant. | Case No.: 2:24-cv-00634 (ES)(JBC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for K.G., a minor, through his parents and legal guardians, R.G. and K.G.

Dated: February 8, 2024

_____
CHRISTOPHER D. ADAMS

Christopher D. Adams, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
River Centre Building One
331 Newman Springs Road; Suite 122
Red Bank, NJ 07701
Co-counsel for Defendant
cadams@greenbaumlaw.com

8924421.1