UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JANE ROE and JOHN ROE,<br><br>  Plaintiff,<br><br>v.<br><br>K.G., a minor, through his parents and legal guardians, R.G. and K.G.,<br><br>  Defendant. | Case No.: 2:24-cv-00634 (ES)(JBC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for K.G., a minor, through his parents and legal guardians, R.G. and K.G.

Dated: February 8, 2024

                                                      s/Marjan Moussavian
                                            Marjan Moussavian, Esq.
                                            **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                            P.O. Box 5600
                                            Woodbridge, NJ 07095
                                            Counsel for Defendant
                                            mmoussavian@greenbaumlaw.com

8924671.1