# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# NEWARK

## Minutes of Proceedings

**Judge: Esther Salas**

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date:  February 14, 2024

**Title of Case:**

JANE DOE v. K.G.

Docket # **CV. 24-634(ES)(JBC)**

**Appearances:**

Shane Vogt, Esq., for the plaintiff.
John Gulyas, Esq., for the plaintiff.
Christopher Adams, Esq., for the defendant.
Marjan Moussavian, Esq., for the defendant.

**Nature of Proceedings:**     ORAL ARGUMENT ON THE TRO

Oral Argument on Plaintiffs' [4] Motion for Temporary Restraining Order, Request for Expedited Discovery, and Request to Proceed under a Pseudonym.
Oral Argument heard by counsel.
Ordered Plaintiffs' Motion is hereby GRANTED.
Opinion to follow.
Preliminary Injunction Hearing to be set.

Time Commenced:  12:30 p.m.
Time Adjourned:   1:45 p.m.
Total Time: 1.15

Elisaveta Kalluci

Deputy Clerk