**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

February 15, 2024

**LETTER ORDER**

**Re:** **Doe v. K.G.**
     **Civil Action No. 24-634 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, expedited discovery related to Plaintiff's pending motion seeking the entry of a preliminary injunction shall proceed as follows:

1) The parties may serve **ten (10)** requests for production of documents by **2/20/2024**, in response to which written objections and responses and responsive documents must be served by **2/26/2024**.

2) The parties may serve **ten (10)** interrogatories by **2/20/2024**, in response to which written objections and responses must be served by **2/26/2024**.

3) The parties are hereby authorized to issue non-party subpoenas for documents to Snapchat and ClothesOff.io.

4) By no later than **2/27/2024**, the parties may notice the depositions of parties and any individuals to whom Defendant disclosed or disseminated nude images of Jane Doe or otherwise have relevant knowledge of the same. These depositions shall be completed by **3/7/2024**.

**IT IS SO ORDERED.**

                                                                                                            s/ James B. Clark, III
                                                                                                            **JAMES B. CLARK, III**
                                                                                                            **United States Magistrate Judge**