**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

March 12, 2024

**LETTER ORDER**

Re:   **Doe v. Smith**
      **Civil Action No. 24-634 (ES)**

Dear Counsel:

The Court is in receipt of multiple letters from various non-parties in this matter requesting generally: (1) the entry of proposed protective orders, which are not consented to by the parties in this matter; and (2) that they be permitted to be identified in this matter by pseudonym. *See* Dkt. Nos. 31, 39, 40. Upon review of the aforementioned letters, as well as Plaintiff's responses thereto [Dkt. Nos. 32, 41], the Court orders as follows:

1) Pursuant to Federal Rule of Civil Procedure 5.2(a)(3) and Local Civil Rule 5.2, any public filing containing "the name of an individual known to be a minor . . . may include only" the minor's initials. Fed. R. Civ. P. 5.2(a)(3).

2) Any request to proceed by pseudonym shall be made via formal motion.

3) The parties in this matter, and any interested non-parties, shall meet and confer regarding the scope and form of any proposed discovery confidentiality/protective order to be submitted to the Court. If an agreement regarding the scope and form of any such proposed order cannot be reached, the parties shall submit a proposed order in accordance with Appendix S of the Local Civil Rules. Any party/individual requesting modifications to the Appendix S order, without

consent from the other relevant parties, shall file a formal and properly supported motion seeking the entry of a protective order.

4) Pending the entry of a discovery confidentiality order and/or during the pendency of any dispute relating to the entry of a discovery confidentiality order, discovery shall proceed on a temporary attorney's eyes only basis and any non-party minors and their family members shall continue to be identified by their initials.

5) The absence of a discovery confidentiality/protective order alone shall not provide any party/individual with a proper basis to refuse to comply with a properly served subpoena or request for discovery unless accompanied by a fully explained and supported objection.

**IT IS SO ORDERED.**

                                                                                                                      s/ James B. Clark, III
                                                                                                                 **JAMES B. CLARK, III**
                                                                                                                 **United States Magistrate Judge**