UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

March 19, 2024

**LETTER ORDER**

      Re:   *Doe v. Smith*
              Civil Action No. 24-0634 (ES) (JBC)

Dear counsel,

      Presently before the Court is Plaintiff Jane Doe's Amended Complaint (D.E. No. 7 ("Amended Complaint" or "Am. Compl.")) and motion for a preliminary injunction (D.E. No. 46 ("Motion"); *see also* D.E. No. 46-1 ("Mov. Br.")).[1] Defendant John Smith[2] ("Defendant") does not oppose Plaintiff's request for injunctive relief. (D.E. No. 48 ("Response")). Accordingly,

      **IT IS** on this 19 day of March, 2024, hereby

      **ORDERED** that the Motion (D.E. No. 46) is GRANTED as unopposed; and it is further

      **ORDERED** that until the final disposition of this case or other intervening order of this Court, Defendant is enjoined and restrained from viewing, accessing, displaying, disclosing, sharing, and transmitting any nude images of Jane Doe; and it is further

      **ORDERED** that until the final disposition of this case or other intervening order of this Court, Defendant is enjoined and restrained from deleting, destroying, secreting, or modifying any data on his smart phone, computer(s) and other electronic devices; and it is further

      **ORDERED** that until the final disposition of this case or other intervening order of this Court, Defendant is required to maintain Jane Doe's confidentiality and the confidentiality of her parents and family members in order to maintain Jane Doe's confidentiality; and it is further

---

[1] Plaintiff initially filed a motion for a temporary restraining order and a preliminary injunction on February 2, 2024. (D.E. No. 4). At a hearing on the original motion on February 15, 2024, the Court granted Plaintiff's request for a temporary restraining order and deferred ruling on the request for a preliminary injunction until after expedited discovery could be conducted. (D.E. No. 26). The Court directed Plaintiff to file a renewed motion for a preliminary injunction after discovery was complete. (D.E. No. 24). Plaintiff filed the instant motion on March 12, 2024. (Motion).

[2] Both Plaintiff and Defendant are minors proceeding by and through their parents and legal guardians.

**ORDERED** that nothing herein shall be construed as an admission of any wrongdoing by and/or liability of Defendant as pertains to Plaintiff's allegations in the Amended Complaint.

**SO ORDERED.**

Dated: March 19, 2024                                                              s/*Esther Salas*                       
                                                                                              **Hon. Esther Salas, U.S.D.J.**