

**SO ORDERED**

*s/James B. Clark*

James B. Clark, U.S.M.J.

Date: 6/11/2024

Marjan Moussavian
Associate Attorney
99 Wood Avenue South
Iselin, NJ 08830
P: 732-476-2662
F: 732-476-2663
mmoussavian@greenbaumlaw.com

June 10, 2024

*The telephone conference is adjourned to July 9, 2024 at 11:30 AM*

**_Via CM/ECF-Filing_**
Magistrate Judge James B. Clark, III
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

RE:  **Jane Doe v. John Smith**
     **Case No. 2:24-cv-00634**

Dear Judge Clark:

This office represents Defendant John Smith, a minor, through his parents and legal guardians, Jane Smith and Joe Smith ("Defendant") in the above-captioned matter. Today, the Court scheduled a telephone status conference for June 12, 2024 at 11:30AM. We respectfully request an adjournment of this telephone status conference because Mr. Christopher D. Adams is out of the country on vacation until the evening of June 17, 2024. Mr. Adams is counsel of record in this matter. He has argued all motions, has had all interactions with Plaintiff's counsel, and has signed all pleadings. As such, with the consent of Plaintiff's counsel, I respectfully request an adjournment of the telephone status conference until sometime after June 17, 2024.

We thank Your Honor for your courtesies and attention to this matter.

Respectfully submitted,

Marjan Moussavian, Esq.

cc:   All counsel of record (via CM/ECF)