**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

July 9, 2024

**LETTER ORDER**

**Re:** **Doe v. Smith**
**Civil Action No. 24-634 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) The Court will conduct a settlement conference with the parties on **August 20, 2024 at 2:00 PM**. All counsel and clients with full settlement authority shall be present, in-person at the conference. By no later than **August 15, 2024**, the parties are to submit separate confidential *ex parte* settlement position papers not to exceed **five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_orders@njd.uscourts.gov**).

2) The telephone status conference scheduled in this matter for **August 20, 2024 at 11:00 AM** is adjourned.

    **IT IS SO ORDERED.**

                                                              s/ James B. Clark, III
                                                              **JAMES B. CLARK, III**
                                                              **United States Magistrate Judge**