

Christopher D. Adams
Partner

T. 973-639-2059

cadams@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

July 25, 2024

VIA ECF

Hon. James B. Clark, III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ  07012

**Re:  JANE DOE v. JOHN SMITH**
      **Civil Action No. 2:24-cv-634-ES-JBC**

Dear Judge Clark:

I write to the court regarding the settlement conference in the above-referenced matter scheduled for August 20, 2024 at 2 pm. When the Court originally scheduled this date, I was unaware that my client and his family will be out of state on a preplanned, prepaid vacation (August 15-27). I apologize for the inconvenience and respectfully request that the Court reschedule this conference at its next available opportunity. If there are other dates available, and the Court agrees, the parties can meet and confer in order to set a firm date.

Respectfully submitted,

Christopher D. Adams

ME1 49221247v.1