Christopher D. Adams
Marjan Moussavian
**McCARTER & ENGLISH LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
cadams@mccarter.com
mmoussavian@mccarter.com
*Attorneys for Defendant John Smith*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SMITH,<br><br>　　　　Defendant. | Assigned to: Hon. Esther Salas<br>Referred to: Hon. James B. Clark, III<br><br>Civil Action No. 2:24-cv-00634-ES-JBC<br><br>**NOTICE OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS DIRECTED TO THE WESTFIELD BOARD OF EDUCATION** |

**PLEASE TAKE NOTICE** that Defendant John Smith ("Defendant'), by and through his attorneys, McCarter & English, LLP, will move this Court pursuant to Fed. R. Civ. P. 45 and L. Civ. R. 16.1 before the Honorable James B. Clark, III, United States Magistrate Judge for the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07012, at a date and time set by the Court to Quash Plaintiff Jane Doe's subpoenas directed to Dr. Raymond Gonzalez, as Superintendent and Records Custodian, Westfield Public Schools, Office of Human Resources, 302 Elm Street, Westfield NJ 07090 and to Mary Asfendis, as Principal and Records Custodian, Westfield High School, 550 Dorian Road, Westfield, NJ 07090

ME1 49629309v.1

(collectively, the "Westfield Board of Education"), which order the Westfield Board of Education to produce documents by September 13, 2024;

**PLEASE TAKE NOTICE** that Defendant shall request a briefing schedule be set by the Court at the conference scheduled for September 16, 2024 (ECF 57) and a return date to be set thereafter.

McCARTER & ENGLISH, LLP
*Attorneys for Defendant John Smith*


By:   s/
      Christopher D. Adams, Esq.

Dated:  September 4, 2024

2

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of Defendant John Doe's Notice of Motion to Quash Plaintiff Jane Does' subpoenas directed to the Westfield Board of Education was served by ECF and email on September 4, 2024 on all counsel or parties of record listed below.

John D. Gulyas
Law Office of Barr & Gulyas, LLC
21 Brant Avenue
Clark, New Jersey 08850
jgulyas@barrgulyas.com
*Attorneys for Plaintiff Jane Doe*

Christine Martinez
Machado Law Group
1 Cleveland Place
Springfield, New Jersey 07081
cmartinez@machadolawgroup.com
*Attorneys for the Westfield Board of Education*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 4, 2024.

By:   s/  _____
      Christopher D. Adams, Esq.

3

ME1 49629309v.1