UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JANE ROE and JOHN ROE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SMITH, a minor, by and through his parent(s) and legal guardian(s), JOE SMITH. and JANE SMITH,<br><br>Defendant. | Case No. 2:24-cv-00634-ES-JBC |

## ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL

THIS MATTER is before the Court upon Plaintiff's Unopposed Motion [Doc. 74] for an Order permitting confidential exhibits filed in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Quash [Doc. 73] to be filed under seal, and with due notice having been given to all parties, and the Court having considered the submissions, and for good cause being shown, it is **ORDERED** that Plaintiff's Unopposed Motion [Doc. 74] to file confidential exhibits under seal is **GRANTED.**

It is **FURTHER ORDERED** that the following exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Quash [Doc. 73] shall

remain sealed until further Order of this Court:

1. CONDIENTIAL EXHIBIT 1 [**Doc. 73-1**] - May 8, 2024 Westfield Public Schools letter re. conclusion of HIB investigation;

2. CONDIENTIAL EXHIBIT 2 [**Doc. 73-2**] - May 17, 2024 Westfield Public Schools Notice of Allegations re. Title IX; and

3. CONFIDENTIAL EXHIBIT 3 [**Doc. 73-3**] - November 25, 2024 Title IX Investigative Report.

**DONE** and **ORDERED** this _____ day of December, 2024

_____
United States Magistrate Judge