UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JANE ROE and JOHN ROE, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SMITH, a minor, by and through his parent(s) and legal guardian(s), JOE SMITH. and JANE SMITH, <br><br> Defendant. | Case No. 2:24-cv-00634-ES-JBC |

NOTICE OF MOTION TO COMPEL
DISCOVERY AND DEPOSITIONS

Pursuant to Paragraph 6.B. of the Court's November 6, 2024 Order [Doc. 67] and *Federal Rule of Civil Procedure* 37 and *Local Rule* 37.1 Plaintiff, Jane Doe, by and through her parents and legal guardians, Jane Roe and John Roe, respectfully moves for the entry of an Order:

1. Determining whether Non-Parties, M.A., K.W., T.B., R.S., W.M., and F.P., are entitled to claim the protection of the Fifth Amendment;

2. Determining whether Defendant, John Smith, and Non-Parties, M.A., K.W., T.B., R.S., W.M., and F.P., waived any rights to refuse to testify under the Fifth Amendment;

3. Upon determining that any of the Non-Parties are not protected by the Fifth Amendment or that Defendant and/or any of the Non-Parties waived any rights under the Fifth Amendment, compelling them to testify;

4. Determining whether the invocation of the Fifth Amendment by

    Defendant, John Smith, and/or Non-Parties, M.A., K.W., T.B., R.S., W.M., and F.P., is overcome by the foregone conclusion exception; and

5. Upon determining that the Fifth Amendment is overcome by the foregone conclusion exception, compelling Defendant, John Smith, and/or Non-Parties, M.A., K.W., T.B., R.S., W.M., and F.P., to produce documents, materials, and electronically stored information sought by Jane Doe.

**PLEASE TAKE NOTICE** that Jane Doe shall rely on the following evidence filed in support of this Motion:

1. Subpoenas for the depositions of Non-Parties, M.A., K.W., T.B., R.S., W.M., and F.P. [**CONFIDENTIAL COMPOSITE EXHIBIT 1**];
2. Deposition of M.A. (March 13, 2024) [**CONFIDENTIAL EXHIBIT 2**]
3. Deposition of K.W. (March 13, 2024) [**CONFIDENTIAL EXHIBIT 3**]
4. Deposition of T.B. (March 7, 2024) [**CONFIDENTIAL EXHIBIT 4**]
5. Deposition of R.S. (March 12, 2024) [**CONFIDENTIAL EXHIBIT 5**]
6. Deposition of W.M. (March 11, 2024) [**CONFIDENTIAL EXHIBIT 6**]
7. Deposition of F.P. (March 14, 2024) [**CONFIDENTIAL EXHIBIT 7**]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated November 6, 2024 [Doc. 67], Responses in Opposition to this Motion are due **December 23, 2024.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated November 6, 2024 [Doc. 67], this Motion will be called up for hearing before The Honorable Esther Salas, United States District Judge, District of New Jersey, on **January 6, 2025.**

Dated this 13th day of December, 2024.     Respectfully submitted,

*/s/ John Gulyas*
Jon-Henry Barr, Esq.
(Atty. ID #001561996)
E-mail: jhbarr@barrgulyas.com
John Gulyas (Atty ID # 023281999)
E-mail: jgulyas@barrgulyas.com
BARR & GULYAS, L.L.C.
21 Brant Avenue
Clark, New Jersey 07066
(732) 340-0600

*Co-Counsel/Local Counsel for Plaintiff*


Shane B. Vogt - FBN 257620
E-mail: svogt@tcb-law.com
David A. Hayes - FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193

*Attorneys for Plaintiff (**Pro Hac Vice**)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ John Gulyas
Attorney