**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

February 3, 2025

**LETTER ORDER**

**Re:** **Doe v. Smith**
**Civil Action No. 24-634 (ES)**

Dear Counsel:

The Court orders as follows:

1) The telephone conference scheduled in this matter for **February 5, 2025 at 10:00 AM** is adjourned to **March 6, 2025 at 11:30 AM**.

2) As discussed during the telephone conference held in this matter on January 13, 2025, the pending motions [Dkt. Nos. 68, 69, 80, 81, 82, 85] are hereby **ADMINISTRATIVELY TERMINATED**. The Court will discuss the completion of briefing and reinstatement of the foregoing motions during the upcoming telephone conference.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**