**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JANE ROE and JOHN ROE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SMITH, a minor, by and through his parent(s) and legal guardian(s), JOE SMITH. and JANE SMITH,<br><br>Defendant. | **Case No. 2:24-cv-00634-ES-JBC**<br><br>**NOTICE OF JOINT MOTION TO PERMANENTLY SEAL AUGUST 14, 2025 PROCEEDINGS & CONFIDENTIAL FINAL ORDER [ECF 105]** |

**PLEASE TAKE NOTICE** that Plaintiff, Jane Doe, and Defendant, John Smith, by and through their respective undersigned attorneys, move pursuant to *Fed. R. Civ. P.* 5.2(d) and *L. Civ. R.* 5.3(c) for the entry of an order permanently sealing: **(1)** the proceedings held on August 14, 2025; and **(2)** the Confidential Final Order [ECF 105] entered by the Court on December 15, 2025, both of which are currently temporarily sealed.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the parties rely upon the Declaration of Shane B. Vogt, Esq. filed in support hereof as **Exhibit 1**; and

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the parties jointly submit herewith a proposed form of Order Granting Motion to Seal as **Exhibit 2**.

Respectfully submitted this 20th day of January, 2026,

**VOGT LAW**
*Attorneys for Plaintiff*

By: *: /s/ Shane B. Vogt*
Shane B. Vogt, Esq.

Date: January 29, 2025

**MCCARTER & ENGLISH, LLP**
*Attorneys for Defendant*

By*: /s/ Christopher D. Adams*
Christopher D. Adams, Esq.

Date: January 29, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2026, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ John D. Gulyas*
Attorney

| Material to be Sealed | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| August 14, 2025 Proceedings | Disclosure of identity of minor parties; private contractual/settlement interests; rights of privacy and preventing further dissemination of alleged child pornography | Disclosure of identity of Plaintiff exacerbating harm and making her a target of harassment and threats; violation of contractual rights and rights of privacy; possible dissemination of alleged child pornography | Less restrictive means are not available | None |
| Final Order [ECF 105] | Disclosure of identity of minor parties; private contractual/settlement interests; rights of privacy and preventing further dissemination of alleged child pornography | Disclosure of identity of Plaintiff exacerbating harm and making her a target of harassment and threats; violation of contractual rights and rights of privacy; possible dissemination of alleged child pornography | Less restrictive means are not available | None |